**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

|  |  |
|---|---|
| Plaintiff, | |
| v. | Case No.: 1:08−mc−00209 |
| Halsted Food Mart | Honorable Geraldine Soat Brown |
| Defendant. | |

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, May 30, 2008:

  MINUTE entry before the Honorable Geraldine Soat Brown:Government's motion to seal the search warrant and the search warrant application and affidavit for search warrant [2] is granted to and including 07/29/08. Enter Order.Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.